USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FIGUEROA, on behalf of himself and all others similarly situated,

          Plaintiffs,

-against-

ENTERTAINMENT LINK LLC,

          Defendant.

Case No. 1:19-cv-03267-RA

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            June 7, 2019

                                    Respectfully submitted,

                                    */s/ Joseph H. Mizrahi*
                                    Cohen & Mizrahi LLP
                                    *Attorneys for Plaintiff*

---

In light of this notice of voluntary dismissal with prejudice, the conference in this case scheduled for July 2, 2019 is hereby adjourned *sine die*.

Plaintiff is directed to serve a copy of this Order on Defendant no later than June 14, 2019.

SO ORDERED.

                                                          Hon. Ronnie Abrams
                                                          June 10, 2019